```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

AL GENE PERRY                                              PLAINTIFF

       v.        Civil No. 12-5134

OFFICER WILLARD; and
PATROLMAN SHANE ALLEN                                     DEFENDANTS

## O R D E R

Now on this 23rd day of January 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #28), filed on January 2, 2014, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #28) is hereby **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**